IN THE US MIDDLE DISTRICT COURT OF FLORIDA

Abdelaziz Hamze
v.
Gerow, Warner, Brown, et al,

Case NO.: 21-cv-565-MMH-JBT

## MOTION TO COMPEL PRODUCTION

Comes Now the plaintiff and moves for an order compelling the production of the following discovery items by defense and states:

1. Plaintiff received packages of documents for Inspection from defense counsel, and ordered some of these documents on March 7, 23.

2. Defense didn't provide the ordered copies nor did they send the plaintiff a bill of the costs of producing these copies.

3. Also, plaintiff did not have the opportunity to inspect or review items that had been requested months ago, including the videotape record of the wing and of Medical during his trip to the ER, in the incident in chief, and pictures of James Gerow and Charles Nosbisch.

-1 of 2-

4. Other than these items, Plaintiff discovery requests are complete.

5. Defense did not object to providing the foregoing items enumerated in this motion.

WHEREFORE, an order to compel the production of the enumerated items herein would not be burdensome in any undue manner and is only appropriate.

Abdelaziz Hamze

## CERTIFICATE OF SERVICE

A true copy of the foregoing was mailed to:

Clerk
300 N. Hogan St.
9-150
Jacksonville, FL 32202-4275

Attorney General
PL01- The Capitol
Tallahassee, FL 32399-4455

On the ___ day of April 2023.

Abdelaziz Hamze
A.C.I.

-2 of 2-