# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Jacksonville Division

RECEIVED NWFRC

JUN 07 2023

INMATE INITIALS A.H.

Abdelaziz Hamze

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Warner, Brown, Nosbisch, Singletary, Hall, Reddish, Burgin

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 21-cv-565
(to be filled in by the Clerk's Office)

Hamze v. Hall

FILED 2023 JUN 12 PM 12:26 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL JACKSONVILLE FLORIDA

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Abdelaziz Hamze
   All other names by which you have been known:
   ID Number: L81379
   Current Institution: North West Florida Reception Center (NWFRC)
   Address: 4455 Sam Mitchell Drive
   Chipley, FL 32428-3501
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Charles Orrin Nosbisch
   Job or Title (if known): Seargent
   Shield Number: NOSBI
   Employer: F.D.O.C.
   Address: 7819 NW 228th St.
   Raiford, FL 32083
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

   Defendant No. 2
   Name: William Mikel Warner
   Job or Title (if known): Seargent
   Shield Number: N/A
   Employer: F.D.O.C.
   Address: 7819 NW 228th St.
   Raiford, FL 32083
   City / State / Zip Code
   [✓] Individual capacity  [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

**Defendant No. 3**
Name: Robert Allan Brown
Job or Title (if known): Seargent
Shield Number: N/A
Employer: F.D.O.C.
Address: 7819 NW 228th St.
City: Raiford   State: FL   Zip Code: 32083
☑ Individual capacity  ☑ Official capacity

**Defendant No. 4**
Name: R. Singletary, Roseana Demetria
Job or Title (if known): Nurse
Shield Number: N/A, license #: RN 9489030
Employer: F.D.O.C.
Address: 7819 NW 228th St.
City: Raiford   State: FL   Zip Code: 32083
☑ Individual capacity  ☑ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

8th Amendment, Cruel & Unusual punishment

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Page 3 of 11

↠ Continue on page 3a ↠

Defendent No. 5
    Name: William Hall
    Job or Title: lieutenant
    Shield No.: HallW
    Employer: F.D.O.C.
    Address: F.S.P.
    7819 NW 228th St.
    Raiford, FL 32083

Defendent No. 6
    Name: Katherine Dee Burgin
    License No. 9516764
    Job: Nurse
    Employer: Centurion and F.D.O.C.
    Address: 23916 NW 83rd Avenue
    Raiford, FL 32026

Defendent No. 6
    Name: Barry V. Reddish
    Job: Warden, Employer: F.D.O.C.
    Address: Lawtey C.I.

-3a-

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

Each defendent was a member of the F.D.L.E. licensed community, acting under the color of state law while in official state uniform, except the nurse, and exercising authority under Ch.33 & the state constitution.

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☑ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner
☐ Other *(explain)*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Florida State Prison, on Jan. 20, 2018

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Page 4 of 11

C. What date and approximate time did the events giving rise to your claim(s) occur?

Saturday, Jan 20, 2018, between 1:50 pm & 3:42 pm

D. What are the facts underlying your claim(s)? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?) Charles Nosbisch approached my cellfront and told me that I had a medical callout for a sick-call and he pulled me and said they had to do sick-calls on Saturdays now because they are short on staff since they lost a nurse. I had signed up for a sick-call 2 days earlier. Upon arrival, I was examined by nurse R. Singletary who said that she told them to pull me for a medical

>> Continue on page 5a >>

V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive. As a result of the above, I suffered from a major swelling on my left & right eye, nose, right cheek, jaw, lips, which were cut & left brow. I had a swelling in each of my hands, arms, upper arms with bruising & on my rib areas on both sides, back, thighs with a significantly swollen and bruised ankle.

VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims. Plaintiff requests declaratory and Injunctive relief, an order declaring that the actions of all defendants violated plaintiff's constitutional rights, as well as nominal, compensatory, and punitive damages against all defendants individually & severally in the amount of, at least, $2.55 million USD.

Emergency, which I didn't declare, and not for a sick-call. Then she told me to say: .. "women rule the world", or "they'll fuck you up".... "you're gonna see and next time you say yes 'Ma'm'."

Then, she told the officers "get him", and left the E.R. room.
Then officer Nosbisch punched in the face with a closed fist several times and was joined by Srgt. Brown & Srgt. Warner, both of whom punched me, and after I fell, continued kicking me, with full force, in my face, arms, chest, torso area, abdomen & back & upper & lower legs, and Srgt. Brown jumped on my leg & ankle several times with his full weight of 355 lbs.

This incident of aggravated assaults lasted for over 5 minutes, after which captain Hall arrived and falsely declared that I assaulted staff and put a spit shield on my head to cover my injuries.

When I was placed back into my cell, Captain Hall told me that this was done on his orders based on the orders of Warden (B.V. Reddish), who wanted to see if I had the heart to hit the officers, or only to write grievances on them.

—5a—   » Continue on page 5b »

I was denied any kind of medical treatment to my injuries by all staff members, starting with nurse Singletary and the other nurses with her including nurse Burgin who witnessed my injuries and refused to refer me to any x-ray appointment nor did she agree to give me any pain medicine, despite me telling her that I had a broken nose & ankle as a result of this incident.

Warden B. V. Reddish is directly responsible for the above because he ordered it, and he also shut down the fixed wing camera systems in C-dorm and also in the medical area, as the M/NS report indicates, and as the defense confirmed, and which could have not been, reasonably, a coincidental outage or technical disorder. It proves that this incident of abuse is from the level of the administration (wardens) because any lower ranking staff member wouldn't have the authority to effectuate such a drastic outage of surveillance in both sides of the prison, C dorm & Medical.

Furthermore, the Warden ordered the institutional logs tampered with by which it reflects that Nosbisch was working in M dorm while he was actually assigned to J dorm. This is why he identified himself to me as

-5b-    » Continue 5c »

Gerow and then entered on the MINS report that he was assigned to M wing, where officer James Gerow was actually assigned.

Following this incident of abuse, I filed a complaint with the Inspector General's office verbally and I was transferred on the 25th, 5 days later to Santa Rosa C.I. for an unrelated reason, but no one has interviewed me for this incident of abuse from the I.G.'s office nor did they inquire whether I had any trouble grieving it at the institutions I transferred to subsequently.

-5c-

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Florida State Prison

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Physical abuse

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes

☑ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? RMC, Suwannee C.I., Santa Rosa C.I., Wakulla C.I. and at Tomoka C.I.

2. What did you claim in your grievance?

Excessive force, Denial of treatment & Reprisal.

3. What was the result, if any?

They were intercepted by staff and not logged in, as far as I Know.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I filed grievance appeals to central office, but these were also intercepted by institutional staff, and not logged in, as far as I Know.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

I declared physical abuse to the Inspector General in the handheld videotape, which is the highest remedy channel in D.O.C.

(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☒ Yes

☐ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Not available but previously provided

Page 8 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) _____

   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   __Abdelaziz Hamze__
   Defendant(s)  __N/A__

2. Court *(if federal court, name the district; if state court, name the county and State)*

   __N/A__

3. Docket or index number
   __N/A__

4. Name of Judge assigned to your case
   __N/A__

5. Approximate date of filing lawsuit
   __N/A__

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition  _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   __Several were dismissed or settled and one was taken to trial in which I prevailed in the S.D. Fla.__

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

IX. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 7, 2023

Signature of Plaintiff: *[signature]*
Printed Name of Plaintiff: Abdelaziz Hamze
Prison Identification #: L81379
Prison Address: 4455 Sam Mitchell Drive
Chipley, FL 32428-3501

B. **For Attorneys**

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____
           City / State / Zip Code
Telephone Number: _____
E-mail Address: _____

Page 11 of 11