IN THE US MIDDLE DISTRICT COURT OF FLORIDA

Abdelaziz Hamze,
v.
Hall, et al

Case No.: 21-565-
3:21-cv-565-mmH-JBT

Response to Motion for Extension

Comes now the plaintiff in pro-se and states the following in response to defense's motion for extension:

1. Defense's motion was filed by defendants Brown & Warner only who already filed their responses to the claims against them in the original complaint, and no new claims against them were added in the Amended Complaint.

2. Therefore, No new responses by these 2 defendants should be filed.

3. As for Gerow, he is not a defendant anymore because he was replaced by Nosbisch. It was because Nosbisch identified himself as Gerow to plaintiff that his name was mistaken in the original complaint.

4. This is why the plaintiff changed the style of this case in his Amendment to Hamze v. Hall

— 1 of 2 —

5. As to the rest of the new defendants, they must be served summons before any counsel may respond on their behalf, unless they waive service by which defense counsel should enter their waivers and then he may respond on their behalf. In that case, the plaintiff has no objection to the motion to respond by 7-12-2023 as he requested, but not to respond again on behalf of the defendants who previously responded, namely Warner and Brown, especially considering that no ground or argument was made to grant them second responses.

WHEREFORE, no new responses should be allowed by Warner and Brown and the plaintiff has no objection against a period of time till July 12 to file responses by the rest of the defendants if they waive service of summons.

Abdelaziz Hamze
6-27-23 at
5:27 pm

CERTIFICATE OF SERVICE

A true copy of the foregoing was mailed via US mail to: Clerk at 300 N. Hogan St. -Ste 9-150 -Jacksonville, FL 32202-4277 & Attorney General at Plot-The Capitol- Tallahassee, FL 32399-4299 on the 28th day of June 2023

Abdelaziz Hamze
NWFRC-MU

-2 of 2-